UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL M. SALAMI,

    Plaintiff,

v.

    Case No. 1:20-cv-1245

    Hon. Hala Y. Jarbou

JARED BARTON, et al.,

    Defendants.
_____/

## ORDER

On March 8, 2022, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that Defendant Jared Barton's Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 22) be granted. (ECF No. 24.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on March 22, 2022. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 24) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Jared Barton's Motion for Summary Judgment (ECF No. 22) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Date:   April 12, 2022                                   /s/ Hala Y. Jarbou
                                                         HALA Y. JARBOU
                                                         UNITED STATES DISTRICT JUDGE