UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL M. SALAMI,

    Plaintiff,

Case No. 1:20-cv-1245

v.

Hon. Hala Y. Jarbou

JARED BARTON, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

Dated: April 12, 2022           /s/ Hala Y. Jarbou
                                                     HALA Y. JARBOU
                                                     UNITED STATES DISTRICT JUDGE